UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAUREL HALVORSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C05-805RSL<br><br><br><br>ORDER |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will be directed to: 1) update the record, obtaining progress notes and medical source statements, as appropriate; 2) reconsider the record as a whole, giving due consideration to all medical and therapeutic records, reports, and opinions, assigning appropriate weight and resolving any conflicts; 3) consider whether or not to seek any consultative

Page 1     ORDER

examination, in light of the earlier medial expert's testimony and the various diagnoses of record;

4) re-evaluate Plaintiff's substance abuse (DAA), pursuant to regulatory guidelines in 20 C.F.R. §§ 404.1535, 416.935; 5) in evaluating DAA, determine any periods of abstinence and, generally, determine Plaintiff's functional limitations absent DAA; and, 6) complete any other action necessary to develop the record and issue a new decision.

DATED this 24th day of October, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 12th day of October, 2005:

  s/Monica J. Benton  
MONICA J. BENTON
Untied States Magistrate Judge

Page 2     ORDER