UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREL D. HALVORSON,            )<br>                                                      )<br>            Plaintiff,                 )<br>                                                      )<br>    v.                                            )<br>                                                      )<br>JO ANNE B. BARNHART,          )<br>Commissioner of Social Security, )<br>                                                      )<br>            Defendant.            )<br>_____) | CASE NO. C05-805-RSL<br><br>ORDER AWARDING PLAINTIFF<br>ATTORNEY'S FEES PURSUANT<br>TO THE EQUAL ACCESS TO<br>JUSTICE ACT |

The above-named parties have filed a stipulation for attorney's fees and costs to be paid by the Defendant pursuant to the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412 and 28 U.S.C. § 1920, in the amount of $3,065.56 in attorney's fees and $30.66 in costs, for a total of $3,096.22.  Dkt. 18.

The Court finds that the stipulated attorney's fees and costs in the amount of $3,096.22 is reasonable in light of the work performed and the result achieved.

It is therefore ORDERED that Plaintiff's attorney, Gerald R. Tarutis, is awarded attorney

//

//

ORDER - 1

fees in the amount of $3,065.56 pursuant to the EAJA, and costs of $30.66 pursuant to 28 U.S.C. § 1920, for a total award of $3,096.22.

DATED this 13th day of December, 2005.

*(signature)*
Robert S. Lasnik
United States District Judge

RECOMMENDED FOR ENTRY
this 9th day of December, 2005:

 /s/Monica J. Benon
MONICA J. BENTON
United States Magistrate Judge

ORDER - 2